Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Samuel Araujo–Urias, Big Spring, TX, pro se.

Andre C. Poissant, El Paso, TX, for Defendant–Appellant.

---

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mario PRADO, Defendant–Appellant.**

No. 05–10660
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

Susan B. Cowger, Daniel D. Guess, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jeanette Mercado, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

---

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Mario Prado has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record, counsel's brief, and Prado's response, discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.